JEROME WILE and Others v. BURNS BROTHERS, Impleaded, etc. (First Action.) — Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

JEROME WILE and Others v. BURNS BROTHERS. LEWIS R. CLOSE and Others. (Second Action.) — Motion for resettlement granted. Present — Finch, P. J., Merrell, Martin and Townley, JJ.

JOHN FRANCIS STRAUSS and Another v. BASSERS TEXTILE CLEARING HOUSE, INC.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

FREBEL HOLDING CORPORATION v. EDWARD W. BROWNING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LEE SHUBERT and IRVING TRUST COMPANY, as Receivers of SHUBERT THEATRE CORPORATION, v. GENE BUCK.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Motion for a reargument denied. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETTA Y. SOMBERG v. JUDITH GAIL SOMBERG and Others.— Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

AMERICAN HOME FOUNDATION, INC., v. THE CANADA LIFE ASSURANCE COMPANY.— Motion granted. Order resettled. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

## SECOND DEPARTMENT, JULY, 1933.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER W. SWALLOW, Appellant.— If the notice sent to the clerk of this court and received July 5, 1933, be intended as an application to a justice of the Appellate Division to appeal to the Court of Appeals from the orders of this court, dated June 6, 1933, dismissing the appeal and denying motion to extend time to perfect and argue appeal, the application is denied. Defendant was convicted in the County Court of Queens county June 17, 1932. On his application this court made an order on October 17, 1932, extending his time to perfect the appeal to the December, 1932, term. On December 9, 1932, it made a similar order extending the time to perfect the appeal to the March, 1933, term, and in March, 1933, made another order extending the time to perfect the appeal to the June, 1933, term. On June 5, 1933, defendant made a further application to extend his time to perfect the appeal. The motion was denied. The March, 1933, order directed that the case be placed on the calendar for the June, 1933, term. The case appeared on the calendar on June 5, 1933, as ordered. Defendant had not in any wise perfected his appeal and on motion of the district attorney the appeal was dismissed.